UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIROSKA SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:23-cv-00660-BAM<br><br>ORDER REMANDING ACTION FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

On March 31, 2025, the United States Court of Appeals for the Ninth Circuit granted the parties' joint motion, vacated the district court's judgment, and remanded this action with instructions that, under sentence four of 42 U.S.C. § 405(g), the district court must enter judgment and remand the case for further administrative proceedings.  (Doc. 26.)  The judgment of the Ninth Circuit took effect on April 1, 2025.  (Doc. 27.)

Pursuant to the judgment of the Ninth Circuit, this action is REMANDED to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).  The Clerk of Court is DIRECTED to enter judgment and to close this action.

IT IS SO ORDERED.

Dated:   **April 3, 2025**                           /s/ *Barbara A. McAuliffe*           
                                        UNITED STATES MAGISTRATE JUDGE

1